

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellants

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's unopposed second motion for extension of time to file appellee's brief is GRANTED. Appellee's brief is due no later than October 9, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court